# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

WILLIAM CARMACK, : No. 144 WAL 2016
:
          Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
      v. :
:
:
:
WORKERS' COMPENSATION APPEAL :
BOARD (PJ DICK, INC./TRUMBULL :
CORPORATION), :
:
          Respondents :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.